In the Matter of SAUL C. COHEN, Respondent, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York. MAURICE E. BIEDERMAN, Appellant.

In the Matter of SAUL C. COHEN, Respondent, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, et al., Respondents, and MAURICE E. BIEDERMAN, Appellant.

In the Matter of MAURICE E. BIEDERMAN, Appellant, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

Argued August 17, 1946; decided August 17, 1946.

*Morris E. Packer* for appellant.

*Abraham J. Multer* for Saul C. Cohen, respondent.

*John J. Bennett, Corporation Counsel* (*Russell L. Tarbox* of counsel), for William J. Heffernan and others, constituting the Board of Elections of the City of New York, respondents.

Orders affirmed, with costs. There was sufficient evidence to support the finding of the courts below that when the appellant Biederman enrolled in the 16th election district of the 18th Assembly District, he knew that his residence was then in the 37th election district of that Assembly District. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and FULD, JJ. Taking no part: THACHER and DYE, JJ.